Amy Lynn Bennecoff Ginsburg (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817
aginsburg@creditlaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARY ANNE MASLO,** | **Case No.:** ___'19 CV 1486 JAH BLM___ |
| **Plaintiff,** | **COMPLAINT FOR DAMAGES** |
| | **1. VIOLATION OF THE TELEPHONE** |
| **v.** | **CONSUMER PROTECTION ACT, 47** |
| | **U.S.C. § 227, ET. SEQ.** |
| **ASHFORD UNIVERSITY,** | |
| **Defendant.** | **JURY TRIAL DEMANDED** |

## COMPLAINT

MARY ANNE MASLO ("Plaintiff"), by and through her attorneys, KIMMEL & SILVERMAN, P.C., alleges the following against ASHFORD UNIVERSITY ("Defendant"):

## INTRODUCTION

1.    Plaintiff's Complaint is based on the Telephone Consumer Protection Act, 47 U.S.C. § 227, et. seq. ("TCPA").

## JURISDICTION AND VENUE

2.    Jurisdiction of this Court arises pursuant to 28 U.S.C. § 1331.  See Mims v. Arrow Fin. Services, LLC, 132 S. Ct. 740, 747, 181 L. Ed. 2d 881 (2012).

3.     Defendant conducts business in the State of California and as such, personal jurisdiction is established.

4.     Venue is proper pursuant to 28 U.S.C. § 1391(b)(1) and (b)(2).

## PARTIES

5.     Plaintiff is a natural person residing in Lemon Grove, California 91945.

6.     Plaintiff is a "person" as that term is defined by 47 U.S.C. § 153(39).

7.     Defendant is a corporation with its principal place of business located at 13500 Evening Creek Drive North #600, San Diego, California 92128.

8.     Defendant is a "person" as that term is defined by 47 U.S.C. § 153(39).

9.     Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

10.     Plaintiff has a cellular telephone number that she has had for at least two years.

11.     Plaintiff has only used this number as a cellular telephone number.

12.     Defendant called Plaintiff on a continuous daily basis, typically multiple times per day.

13.     Defendant's incessant calls originated from phone numbers that include, but are not limited to the following number: (800) 798-0584. The undersigned has confirmed that this phone number is the Defendant's.

14.     When contacting Plaintiff on her cellular telephone, Defendant used an automatic telephone dialing system and automatic and/or pre-recorded messages.

15.     Plaintiff knew that Defendant's calls were automated as the calls began with a pause prior to being transferred to a live representative.

16.    Furthermore, Plaintiff received voice messages from Defendant that included a recording or a pre-recorded voice.

17.    Defendant's telephone calls were not made for "emergency purposes."

18.    Shortly after the commencement of Defendant's calls, Plaintiff spoke to Defendant and insisted that Defendant stop calling her.

19.    Defendant heard and acknowledged Plaintiff's demand to stop calling.

20.    In spite of her request that Defendant refrain from calling her cellular telephone, Defendant persisted in calling Plaintiff.

21.    On multiple occasions during this period, Plaintiff continued to inform Defendant's representatives that she was not interested in their educational programs and to stop calling her.

22.    These continued calls to Plaintiff's cellular telephone were particularly aggravating and disruptive to Plaintiff as she was regularly contacted while at work and during the early morning hours.

23.    Upon information and belief, Defendant conducts business in a manner which violates the Telephone Consumer Protection Act.

**COUNT I**
**DEFENDANT VIOLATED THE**
**TELEPHONE CONSUMER PROTECTION ACT**

24.    Plaintiff incorporates the forgoing paragraphs as though the same were set forth at length herein.

25.    Defendant initiated multiple automated telephone calls to Plaintiff's cellular telephone using an automated message and/or prerecorded voice.

- 3 -
PLAINTIFF'S COMPLAINT

26.     Defendant initiated these automated calls to Plaintiff using an automatic telephone dialing system.

27.     Defendant's calls to Plaintiff were not made for "emergency purposes."

28.     Defendant's calls to Plaintiff were made after Plaintiff had explicitly revoked any consent that was previously given to call her cellular telephone number.

29.     Defendant's acts as described above were done with malicious, intentional, willful, reckless, wanton and negligent disregard for Plaintiff's rights under the law and with the purpose of harassing Plaintiff.

30.     The acts and/or omissions of Defendant were done unfairly, unlawfully, intentionally, deceptively and fraudulently and absent bona fide error, lawful right, legal defense, legal justification or legal excuse.

31.     As a result of the above violations of the TCPA, Plaintiff has suffered the losses and damages as set forth above entitling Plaintiff to an award of statutory, actual and treble damages.

WHEREFORE, Plaintiff, MARY ANNE MASLO, respectfully prays for a judgment as follows:

a.     All actual damages suffered pursuant to 47 U.S.C. §227(b)(3)(A);

b.     Statutory damages of $500.00 per violative telephone call pursuant to 47 U.S.C. §227(b)(3)(B);

c.     Treble damages of $1,500 per violative telephone call pursuant to 47 U.S.C. §227(b)(3);

d.     Injunctive relief pursuant to 47 U.S.C. §227(b)(3);

e.      Any other relief deemed appropriate by this Honorable Court.

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, MARY ANNE MASLO, demands a jury trial in this case.

Respectfully submitted,

DATED: 8/8/19                                  By: */s/ Amy L. Bennecoff Ginsburg*
                                               Amy L. Bennecoff Ginsburg, Esq.
                                               Kimmel & Silverman, P.C.
                                               30 East Butler Pike
                                               Ambler, PA 19002
                                               Telephone: (215) 540-8888
                                               Facsimile (215) 540-8817
                                               Email: aginsburg@creditlaw.com
                                               Attorney for Plaintiff