Amy L. B. Ginsburg (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817
teamkimmel@creditlaw.com
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ANNE MASLO,  §<br>§<br>Plaintiff,  §<br>§<br>v.  §<br>§<br>ASHFORD UNIVERSITY,  §<br>§<br>Defendant.  §<br>§<br>§ | Civil Action No. 3:19-cv-01486-JAH-BLM |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: February 26, 2020         By: */s/ Amy L. B. Ginsburg*
                                 Amy L. B. Ginsburg, Esquire
                                 Kimmel & Silverman, P.C.
                                 30 E. Butler Pike
                                 Ambler, PA 19002
                                 Phone: (215) 540-8888
                                 Fax: (877) 788-2864
                                 Email: aginsburg@creditlaw.com

# CERTIFICATE OF SERVICE

I, Amy L. B. Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

Marshall J. Hogan, Esquire
Snell & Wilmer, LLP
600 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626
mhogan@swlaw.com
Attorney for Defendant

Dated: February 26, 2020           By: */s/ Amy L. B. Ginsburg*
                                       Amy L. B. Ginsburg, Esquire
                                       Kimmel & Silverman, P.C.
                                       30 E. Butler Pike
                                       Ambler, PA 19002
                                       Phone: (215) 540-8888
                                       Fax: (877) 788-2864
                                       Email: aginsburg@creditlaw.com