SNELL & WILMER L.L.P.
Marshall J. Hogan, Bar No. 286147
mhogan@swlaw.com
600 Anton Blvd, Suite 1400
Costa Mesa, California 92626-7689
Telephone: 714.427.7000
Facsimile: 714.427.7799

Attorneys for Defendant
Ashford University, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ANN MASLO,<br><br>    Plaintiff,<br><br>v.<br><br>ASHFORD UNIVERSITY,<br><br>    Defendant. | Case No. 3:19-CV-01486-JAH-BLM<br><br>**JOINT MOTION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Plaintiff Mary Ann Maslo ("Plaintiff") and Defendant Ashford University ("Defendant"), by and through undersigned counsel, jointly move, stipulate, and agree as follows:

WHEREAS, on August 8, 2019, Plaintiff filed her complaint and initiated this action ("Complaint") [Dkt. 1];

WHEREAS, the Complaint asserted certain claims against Defendant for alleged violations of the Telephone Consumer Protection Act ("TCPA");

WHEREAS, Plaintiff and Defendant have now resolved between themselves the claims asserted in this action and entered into a valid and binding settlement agreement;

WHEREFORE, THE PARTIES JOINTLY MOVE AND STIPULATE THAT:

Pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, Plaintiff and Defendant jointly move for dismissal with prejudice Plaintiff's Complaint against Defendant, with each party to bear its own costs and attorneys' fees.

Dated: March 27, 2020

SNELL & WILMER L.L.P.

By: */s/ Marshall J. Hogan*
Marshall J. Hogan

Attorneys for Defendant
Ashford University, LLC

KIMMEL & SILVERMAN, P.C.

By: */s/ Amy L. Ginsberg (with permission)*
Amy L. Bennecoff Ginsberg

Attorney for Plaintiff Mary Ann Maslo

*Maslo v. Ashford University*
US District Court, Southern District of California
Case No. 19-cv-01486-JAH-BLM

# CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2020, I electronically filed the document described as **JOINT MOTION TO DISMISS WITH PREJUDICE** with the Clerk of the Court using the CM/ECF System which will send notification of such filing all attorneys of record in this matter, as follows:

Amy L. Bennecoff Ginsburg
**KIMMEL & SILVERMAN, P.C.**
30 East Butler Pike
Ambler, PA 19002
aginsburg@creditlaw.com
*Attorney for Plaintiff*

Dated: March 31, 2020                    SNELL & WILMER L.L.P.

                                         By: */s/ Marshall J. Hogan*
                                             Marshall J. Hogan
                                             Attorneys for Defendant
                                             Ashford University, LLC

4842-3189-5992