# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ANN MASLO,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ASHFORD UNIVERSITY,<br><br>　　　　　　　　　　Defendant. | Case No. 19cv1486-JAH (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

On March 31, 2020, Plaintiff, Mary Ann Maslo, and Defendant, Ashford University, filed a joint motion to dismiss this case with prejudice. *See* Doc. No. 19.

IT IS HEREBY ORDERED that the joint motion is **GRANTED**. The case is **DISMISSED** with prejudice. Each party will bear its own costs and attorneys' fees in connection with this action.

**IT IS SO ORDERED.**

Dated: March 31, 2020

_____
Hon. John A. Houston
United States District Judge

1